Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

OCT 1 6 2026

By: ______________________
Deputy Clerk

Fill in this information to identify your case:

Debtor 1: Gregory (First Name) Mario Victor (Middle Name) Stewart, Jr. (Last Name)

Debtor 2 (Spouse, if filing): First Name ______ Middle Name ______ Last Name ______

United States Bankruptcy Court for the: Middle District of Georgia

Case number 26-61504-bem (If known)

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 0.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 0.00 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 6033.13 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 0.00 |
| **Your total liabilities** | $ 6033.13 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 3018.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 2242.002996.0 |

Debtor 1 Gregory Mario Victor Stewart, Jr. (First Name / Middle Name / Last Name) Case number (if known) 26-61504-bem

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 2996.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

Debtor 1 Gregory Mario Victor Stewart, Jr.
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Middle District of Georgia

Case number 26-61504-bem
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_________________________________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ G. Stewart
Signature of Debtor 1

Date 10 13 2026
MM / DD / YYYY

✗ ________________________________________
Signature of Debtor 2

Date ________________
MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Gregory Mario Victor Stewart, Jr. )
280 North Oakland Circle )
McDonough, GA 30253 )
)
)

Debtor(s)

Case No: 26-61504-bem

Chapter 7

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 13 day of October, 2026 I served a copy of

Form 106Sum - Summary of Assets and Liabilities + Declaration debtor's schedules

which was filed in this bankruptcy matter on the 13 day of October, 2026.

Mode of service (check one): ◉ MAILED ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Trustee:
Gregory Hays
2964 Peachtree Road,
Suite 555
Atlanta, GA 30305

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: October 13, 2026

Signature: G Stewart

Printed Name: Gregory Mario Victor Stewart, Jr.

Address: 280 North Oakland Circle
McDonough, Ga 30253

Phone: 662-270-2322

Gregory Stewart
280 North Oakland Circle
McDonough, GA 30253

CLEARED DATE
OCT 16 2026
U.S. Marshals Service
Atlanta, GA 30303

F

US POSTAGE IMI 583861014105239 2000392260
$7.53
SSK
FCM

10/14/26 Mailed from 30253 028W2311535

USPS FIRST-CLASS MAIL®

CATHY LOVE
280 NORTH OAKLAND CIRCLE
MCDONOUGH GA 30253

1.50 oz
RDC 99

SHIP TO:
UNITED STATES BANKRUPTCY COURT
75 TED TURNER DRIVE, SW
ATLANTA GA 30305

USPS CERTIFIED MAIL®

9507 1070 4301 6287 5467 44

nited States Bankruptcy Court
Northern District of Georgia
Atlanta Division 1340 United States Courthouse
5 Ted Turner Drive, SW
Atlanta, GA 30303

CLEARED DATE
OCT 16 2026
U.S. Marshals Service
Atlanta, GA 30303